IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTHONY JERMAINE WAHSINGTON                                                              PLAINTIFF

v.                                              Case No. 1:25-cv-1046

KASEY SANDFORD; DEANA HOPSON;
and CAPTAIN WORLEY                                                                       DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Upon preservice screening of Plaintiff's Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915A, Judge Bryant recommends that: 1) the claims against Defendant Captain Worley be dismissed for failure to state a claim upon which relief can be granted, and 2) the claims against Defendants Kasey Sandford and Deana Hopson proceed. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 8) in toto. Accordingly, Plaintiff's claims against Defendant Captain Worley are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against Defendants Kasey Sandford and Deana Hopson may proceed.

**IT IS SO ORDERED**, this 3rd day of October, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge